United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**SHAWN HENDERSON,**

    **Plaintiff,**

  **V.**                                        **CASE NUMBER:**    **5:08-cv-504 (NPM/GHL)**

**CLOVER FIELD,**

    **Defendant.**

**[ ]  Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is *sua sponte* dismissed in its entirety with prejudice, pursuant to 28 USC §1915(e)(2)(B)(i), 1915A due to the frivolous nature of the claims asserted therein and further certifies that for purposes of 28 USC §1915(a)(3) that any appeal taken from the Court's final judgment in this action would not be taken in good faith.

    All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn, dated the 11th day of June, 2008.

**DATE:**    **June 24, 2008**                      **LAWRENCE K. BAERMAN**
                                                            **CLERK OF COURT**

                                                            **s/**

                                                            _____
                                                           **By:   Lori M. Welch**
                                                                  **Deputy Clerk**